■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDBERG SPENCER, Appellant. — Judgment, Supreme Court, Bronx County (Ernst Rosenberger, J.), rendered on September 21, 1981, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Silverman, Bloom, Milonas and Kassal, JJ.

■ Q.P.I. RESTAURANTS, LTD. v DESMOND SLEVIN et al. — Motion, insofar as it seeks reargument, denied, and insofar as it seeks leave to appeal to the Court of Appeals granted, and the following question certified: "Was the order of the Supreme Court, as affirmed by this court, properly made?" Concur — Sandler, J. P., Sullivan, Ross, Silverman and Lynch, JJ.